| Information to identify the case: | |
|---|---|
| Debtor 1: **Emilio Bahena** (First Name Middle Name Last Name) | Social Security number or ITIN **xxx–xx–0062** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) _____ (First Name Middle Name Last Name) | Social Security number or ITIN _ _ _ _ <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Northern District of Illinois** | |
| Case number: **18–24631** | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Emilio Bahena

November 20, 2018

**For the court:** Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

In re:                                                          Case No. 18-24631-CAD
Emilio Bahena                                                   Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1   User: admin           Page 1 of 1            Date Rcvd: Nov 20, 2018
                       Form ID: 318          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2018.
```
db           +Emilio Bahena,    6831 N. Hamilton Ave Apt 1W,    Chicago, IL 60645-4828
27038802      BMO Harris Bank,    Pobox94934,    Palatine, IL 60069
27038807     +Hamilton House Condominium Assoc.,    1808 S. Calumet Pkwy,    Chicago, IL 60616-2956
27038808      Hy Cite/royal Prestige,     fax) (708) 562-0320,    hccustcare@hycite.com,    Madison, WI 53713
27038809     +Hy Cite/royal Prestige,    333 Holtzman Rd,    Madison, WI 53713-2109
27038811     +Mi/bmoharris,    Po Box 1111,    Madison, WI 53701-1111
27038810     +Mi/bmoharris,    Attn: Bankruptcy Department,    111 W. Monroe St.,    Chicago, IL 60603-4096
27038814     +Peoples Gas,    200 East Randolph,    Chicago, IL 60601-6302
27038812     +Peoples Gas,    Attn: Bankruptcy,    200 East Randolph Street,    Chicago, IL 60601-6302
27038817     +Tcf Banking & Savings,    801 Marquette Ave,    Minneapolis, MN 55402-3475
27038819    #+Turner Acceptance Crp,    5900 W Howard St,    Skokie, IL 60077-2627
27038818    #+Turner Acceptance Crp,    Attn: Bankruptcy,    5900 W Howard Street,    Skokie, IL 60077-2627
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +E-mail/Text: amaxwell@iq7technology.com Nov 21 2018 02:36:39     Andrew J Maxwell, ESQ,
               Maxwell Law Group LLC.,    20 N. Clark,    Suite 200,    Chicago, IL 60602-4120
27038803     +EDI: CHASE.COM Nov 21 2018 07:14:00      Chase Card Services,    Correspondence Dept,
               Po Box 15298,    Wilmington, DE 19850-5298
27038804     +EDI: CHASE.COM Nov 21 2018 07:14:00      Chase Card Services,    Po Box 15298,
               Wilmington, DE 19850-5298
27038806     +EDI: DCI.COM Nov 21 2018 07:14:00      Diversified Consultants, Inc.,    10550 Deerwood Park Blvd,
               Jacksonville, FL 32256-2805
27038805     +EDI: DCI.COM Nov 21 2018 07:14:00      Diversified Consultants, Inc.,    Attn: Bankruptcy,
               Po Box 551268,    Jacksonville, FL 32255-1268
27038816     +E-mail/Text: jarredondo@self-helpfcu.org Nov 21 2018 02:38:02     Self-help Fed Cu,
               2504 Tenaya Dr,    Modesto, CA 95354-3933
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27038815*    +Peoples Gas,    200 East Randolph,    Chicago, IL 60601-6302
27038813*    +Peoples Gas,    Attn: Bankruptcy,    200 East Randolph Street,    Chicago, IL 60601-6302
                                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2018 at the address(es) listed below:
```
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@iq7technology.com;trustee@maxwellandpotts.com;marchfirst_trustee@hotmail.com
              David  Koch    on behalf of Debtor 1 Emilio  Bahena esquiredavidkoch@hotmail.com,
               vanessaz@dkoffices.com;marilyng@dkoffices.com;liboriob@dkoffices.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald J. Kapustka    on behalf of Creditor    6829-31 N. Hamilton House Condominium Association
               ndaily@ksnlaw.com,   bankruptcy@ksnlaw.com
              Sandra L. Makowka    on behalf of Creditor    TCF National Bank bankruptcy@cjdm.legal
                                                                                             TOTAL: 5
```